# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50299    **Case Name:** Tracey Michele Wolfe and Joseph Finnie Wolfe, Jr

**Set:** 12/04/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter**    Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 11/3/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 11/24/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #49)

Response filed by the Debtors (Dkt. #50)

---

Minute Entry Re: (related document(s): [49] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1)Cuntz to submit an Agreed Order. Order due by 12/18/2025. Email received from Cuntz's office. (mcc)