United States Bankruptcy Court
Southern District of Mississippi

In re:  
Tracey Michele Wolfe  
Joseph Finnie Wolfe, Jr  
    Debtors

Case No. 24-50299-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Dec 10, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tracey Michele Wolfe, Joseph Finnie Wolfe, Jr, 11524 Hatter Lane, Gulfport, MS 39503-5709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

**Name**     **Email Address**

Robert Alan Byrd  
    on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr  
    on behalf of Debtor Tracey Michele Wolfe trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr  
    on behalf of Joint Debtor Joseph Finnie Wolfe Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee  
    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6          User: mssbad          Page 2 of 2
Date Rcvd: Dec 10, 2025          Form ID: pdf012          Total Noticed: 1

Warren A. Cuntz T1, Jr.
         wcuntzcourt@gport13.com   waccourt1@gmail.com

TOTAL: 5



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: December 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                              CHAPTER 13
TRACEY MICHELE WOLFE                                CASE NO.: 24-50299-KMS
JOSEPH FINNIE WOLFE, JR.

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 49)

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

 Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on December 30th, 2025, in the amount of $ .

 **Debtor(s) are granted until December 16th, 2025 to file a Notice and Motion to Modify Plan, together with an Amended Schedule I & J (if necessary) to address their current plan payment default. Modified plan will provide for the surrender of funds needed to satisfy the remaining balances owed to Hancock Bank on CD's. Should the Debtor(s) fail to file the foregoing modification as required, Debtor(s) case shall be dismissed without further motion, notice or hearing upon the Trustee submitting an Order Dismissing Case to the Court. Debtor(s) shall resume payments in the modified amount by December 29th, 2025.**

All options in this Agreed Order require the Debtor(s) to resume the plan payment by a certain date. **Failure to resume by the specified date will result in the case being dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.** Should the Debtor(s) resume the initial payment but default in future plan payments, Debtor(s) shall have sixty (60) days from the date of any arising default to cure the default, failing which the case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.

##END OF ORDER##

Submitted by:                                                  Approved by:

/s/ Warren A. Cuntz, Jr., Trustee              /s/ Thomas Carl Rollins, Jr., Esq.      w/permission
**Warren A. Cuntz, Jr., Trustee**              **Thomas Carl Rollins, Jr., Esq.**
**Chapter 13 Trustee**                              **Attorney for the Debtor(s), MSB #103469**
P.O. Box 3749                                             P O Box 13767
Gulfport, MS 39505-3749                          Jackson, MS 39236
Tel: (228) 831-9531                                    Tel: (601) 500-5533