

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 21, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    Tracey Michele Wolfe | Case No. 24-50299-KMS |
| Joseph Finnie Wolfe, Jr, Debtors | CHAPTER 13 |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK # 55), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. The Debtors' will surrender the necessary funds to Hancock Whitney Bank in satisfaction of its secured claims. The Trustee will cease all distributions to Hancock Whitney Bank on account of its secured claims and adjust the plan payment accordingly. This Order binds those creditors and parties in interest that have been properly served.  Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR