# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tracey Michele Wolfe                                             Case No. 24-50299-KMS
Joseph Finnie Wolfe, Jr, Debtors                                          CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 29, 2026          Signature:     /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer Ann Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O. Box 13767
                                               Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Tracey Michele Wolfe                                          Case No. 24-50299-KMS
Joseph Finnie Wolfe, Jr, Debtors                                      CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on March 5, 2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors respectfully request that their Chapter 13 plan payment be modified to $2,328.00 per month, as reflected in Debtors' amended Schedules I and J (Dk#54), and as required to maintain plan feasibility.

3. Debtors request that the Trustee adjust the unsecured percentage in order to reduce the plan payment to maintain plan feasibility.

4. Debtors request that the Trustee adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                Respectfully submitted

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on January 29, 2026, to:

By Electronic CM/ECF Notice:

    Warren Cuntz

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-50299 |
|---|---|
| TRACEY MICHELE WOLFE<br>JOSEPH FINNIE WOLFE, JR | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/29/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: <br> TRACEY MICHELE WOLFE <br> JOSEPH FINNIE WOLFE, JR | CASE NO: 24-50299 <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 |

On 1/29/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/29/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        AMERICREDIT FINANCIAL SERVICES  INC DBA GM    KEESLER FEDERAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                   PO BOX 183853                                 CO ROBERT ALAN BYRD
CASE 24-50299                           ARLINGTON  TX 76096-3853                      PO BOX 1939
SOUTHERN DISTRICT OF MISSISSIPPI                                                      BILOXI  MS 39533-1939
THU JAN 29 12-6-46 PST 2026


EXCLUDE

US BANKRUPTCY COURT                     (P)AMERICREDIT FINANCIAL SERVICS DBA GM       CITIBANK
DAN M RUSSELL  JR US COURTHOUSE         FINANCIAL                                     PO BOX 790040
2012 15TH STREET  SUITE 244             PO BOX 183853                                 ST LOUIS  MO 63179-0040
GULFPORT  MS 39501-2036                 ARLINGTON TX 76096-3853




COLLECTIONS   INC                       COMENITY BANKZALES                            COMENITYZLOTLT
PO BOX 6065                             ATTN BANKRUPTCY                               ATTN BANKRUPTCY
GULFPORT  MS 39506-6065                 PO BOX 182125                                 PO BOX 182125
                                        COLUMBUS  OH 43218-2125                       COLUMBUS  OH 43218-2125




DEPARTMENT OF TREASURY  INTERNAL REVENUE SE    GM FINANCIAL                           (P)HANCOCK WHITNEY BANK
PO BOX 7346                             PO BOX 181145                                 ATTN ANNE JAMES
PHILADELPHIA  PA 19101-7346             ARLINGTON  TX 76096-1145                      2510 14TH STREET 2ND FLOOR
                                                                                      GULFPORT MS 39501-1948



EXCLUDE

(D)(P)HANCOCK WHITNEY BANK              IRS CENTRALIZED INSOLVENCY                    IRS CO US ATTORNEY
ATTN ANNE JAMES                         PO BOX 7346                                   501 EAST COURT ST STE 4430
2510 14TH STREET 2ND FLOOR              PHILADELPHIA PA 19101-7346                    JACKSON MS 39201-5025
GULFPORT MS 39501-1948




(P)JEFFERSON CAPITAL SYSTEMS LLC        KEESLER FCU                                   KEESLER FEDERAL CRED U
PO BOX 7999                             ATTN BANKRUPTCY                               2602 PASS RD
SAINT CLOUD MN 56302-7999               PO BOX 7001                                   BILOXI  MS 39531-2728
                                        BILOXI  MS 39534-7001




KEESLER FEDERAL CREDIT UNION            LVNV FUNDING  LLC                             MS DEPT OF REVENUE
ATTN  BANKRUPTCY DEPT                   RESURGENT CAPITAL SERVICES                    BANKRUPTCY SECTION
PO BOX 7001                             PO BOX 10587                                  PO BOX 2280
BILOXI  MS 39534-7001                   GREENVILLE  SC 29603-0587                     JACKSON MS 39225-2808




MEMORIAL HOSPITAL                       MEMORIAL HOSPITAL                             QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 1810                             CO WESSLER LAW FIRM                           COMENITY CAPITAL BANK
GULFPORT  MS 39502-1810                 PO BOX 175                                    PO BOX 788
                                        GULFPORT  MS 39502-0175                       KIRKLAND  WA  98083-0788




QUANTUM3 GROUP LLC AS AGENT FOR         ROBERT ALAN BYRD  ESQ                         SOUTH MS NEPHROLOGY
MOMA TRUST LLC                          FOR KEESLER FEDERAL CREDIT UNION              4300 B WEST RAILROAD
PO BOX 788                              P O BOX 1939                                  GULFPORT  MS 39501-2568
KIRKLAND  WA  98083-0788                BILOXI MS 39533-1939
```

|  |  | ~~EXCLUDE~~ |
|---|---|---|
| SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| WELLS FARGO BANK  NA<br>PO BOX 10438  MAC F823502F<br>DES MOINES  IA 50306-0438 | WELLS FARGODILLARD<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS<br>MAC X2303-01A 3RD FL<br>DES MOINES  IA 50328-0001 | JOSEPH FINNIE WOLFE JR<br>11524 HATTER LANE<br>GULFPORT  MS 39503-5709 |
| ~~EXCLUDE~~ | DEBTOR | ~~EXCLUDE~~ |
| ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | TRACEY MICHELE WOLFE<br>11524 HATTER LANE<br>GULFPORT  MS 39503-5709 | ~~(P)WARREN A  CUNTZ  T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |